**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANGELA REYNOLDS | ) | BANKRUPTCY NO. 09-40932-REG |
| | ) | CHAPTER 7 |
| Debtor(s) | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee and advises that the dividends to the creditor(s) listed below was less than $5.00:

| | | |
|---|---|---|
| 1 | United Telephone Company of IN. Inc. | $3.84 |
| 4 | GE Money Bank dba JCPenney | $4.67 |

Dated: November 3, 2011            Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Edward Chosnek
　　　　　　　　　　　　　　　　　　　　　　　　Trustee
　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 708, Lafayette, Indiana  47902
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (765) 742-9081
　　　　　　　　　　　　　　　　　　　　　　　　E-mail:  trustee@chosneklaw.com

**CERTIFICATE OF SERVICE**

I certify that on the 3rd day of November, 2011, service of a true and complete copy of the foregoing Notice Pursuant to F.R.B.P. 3010 was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

1. U.S. Trustee
2. James Hodson

United Telephone Company of Indiana, Inc., P.O. Box 7971, Shawnee Mission, KS 66207-0971

GE Money Bank dba JCPENNEY CREDIT SERVICES, C/o Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120, Miami FL 33131

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Edward Chosnek